IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALLEN NEIGHBORS,

    Plaintiff,                           No. CIV S-05-0011 GEB KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.                     <u>ORDER</u>

/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief under 42 U.S.C. § 1983.

        On March 24, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant D.B. Williams was returned unserved. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed January 3, 2005;

1

2.  Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a.  One completed USM-285 form for defendant D.B. Williams; and

    b.  Two copies of the endorsed complaint filed January 3, 2005.

DATED: May 16, 2006.

                                  UNITED STATES MAGISTRATE JUDGE

1/mp
neig0011.8e

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10   KENNETH ALLEN NEIGHBORS,
11          Plaintiff,                      No. CIV S-05-0011 GEB KJM P
12      vs.
13   CALIFORNIA DEPARTMENT OF               NOTICE OF SUBMISSION
     CORRECTIONS, et al.,
14                                          OF DOCUMENTS
            Defendants.
15   _____/
16          Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18          _____      completed summons form
19          ___1___     completed USM-285 forms
20          ___2___     copies of the  January 3, 2005
                                       Complaint
21   DATED:
22
23                                          _____
                                            Plaintiff
24
25
26