IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KENNETH ALLEN NEIGHBORS,**<br><br>                                   Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,**<br><br>                                   Defendants. | 2:05-cv-00011 GEB KJM P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE INITIAL RESPONSE TO COMPLAINT** |

   **GOOD CAUSE HAVING BEEN SHOWN**, Defendants are granted until June 29, 2006, to file their initial response to the complaint.

DATED:  June 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order Granting Defendant's First Request for Extension of Time to File Initial Response to Complaint

1