IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KENNETH ALLEN NEIGHBORS,** | 2:05-cv-00011 GEB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

On June 12, 2007, Defendants filed a request to vacate the scheduling order pending potential substitution for the deceased Plaintiff Kenneth Neighbors. In consideration, the Court finds good cause to vacate the scheduling order.

**IT IS SO ORDERED.** The Court's January 9, 2007, scheduling order is hereby vacated in its entirety subject to being reset should there be a need.

DATED: June 14, 2007.

_____
U.S. MAGISTRATE JUDGE

*Order*

1